UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

vs.

JOHN C. MORRISON & ANNA F. NOVAK,

    Defendants-Petitioners.

**Case Nos.
17-CV-848-JDP
17-CV-849-JDP**

_____

## NOTICE OF APPEAL
_____

NOTICE IS HEREBY GIVEN that Defendants, John Morrison and Anna Novak, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final Judgment by the Honorable James D. Peterson entered on March 6, 2018, Docket No. 16.

Dated: April 18, 2018

Respectfully submitted

*s/Charles L. Hawkins*
Charles L. Hawkins
Atty. Reg. No.: 124369
Attorney for Defendants-Petitioners
John C. Morrison & Anna F. Novak
150 South Fifth Street, Suite 2860
Minneapolis, MN 55402
Tel: (612) 339-6921
clhcrimlaw@yahoo.com